UNITED STATES DISTRICT COURT
PROBATION OFFICE
DISTRICT OF NEW JERSEY

**WILFREDO TORRES**
CHIEF PROBATION OFFICER

**BARBARA R. KERRIGAN**
SUPERVISING PROBATION OFFICER

March 1, 2012

**Cornerstone Commerce Center**
1201 New Road, Suite 212
Linwood, N.J. 08221
(609) 867-7110
FAX: (609) 867-7118
www.njp.uscourts.gov

Honorable Stanley R. Chesler
United States District Judge
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

RE: **HILL, ROBERT**
DKT #: 2:99-M-3230
**CASE UPDATE - REQUEST FOR INITIAL APPEARANCE**
**OR REQUEST FOR DISMISSAL OF VIOLATION**

Dear Judge Chesler:

This correspondence is in reference to the above-named offender, who was sentenced by Your Honor (Your Honor was Magistrate Judge at that time) on July 28, 2000, to a probation term of 3 years for the offense of Conspiracy to Commit Bank Theft. At that time, a $50 special assessment, a $500 fine, $1,000 in restitution, and three months of home confinement with electronic monitoring were also ordered. The offender commenced his term of probation on July 28, 2000, residing in Toms River, Ocean County.

On July 7, 2003, a Petition for Warrant or Summons for Offender Under Supervision was forwarded to the Court, requesting that a warrant be issued due to the offender's arrest that same date for the murder of his paramour, Gwendolyn Boyd. On July 8, 2003, the petition was signed by the Honorable Mark Falk, United States Magistrate Judge, and the warrant was issued. Since that time, there has been no Court action on this case, due to the pending prosecution and sentencing in the state matter.

On January 27, 2006, the offender was found guilty by jury verdict on one count of Conspiracy to Commit 1st Degree Murder, and one count of Murder (1st Degree). The offender was sentenced on February 24, 2006, to life imprisonment with no eligibility for early release. Inquiries through the Department of Corrections confirm that the offender remains confined at a New Jersey State Prison, and there is no projected parole eligibility date and/or no max-out date.

At this time, we are asking for the Court's assistance with regard to the outstanding federal warrant. Specifically, we are inquiring as to whether the Court would like to schedule an initial appearance for this offender and proceed with the violation of probation, or whether the Court wishes to have the violation dismissed based upon the state sentence of life imprisonment. If Your Honor could kindly indicate the Court's position on this matter in the space provided below, we will proceed accordingly.

Hill, Robert
Page 2

Should Your Honor need any additional information on this case, please contact U.S. Probation Officer Damary Bonilla at 609-851-7613 (cell) or 732-933-9412 (office). Thank you for your time and attention to this matter.

Respectfully submitted,

WILFREDO TORRES, Chief
U.S. Probation Officer

By: Damary Bonilla
U.S. Probation Officer

DB/brk

---

[ ] Schedule an Initial Appearance (Date of I/A: _____)

[X] Dismiss Violation of Probation

[ ] Other

COMMENTS: _____

_____

_____

_____

_____

_____
Signature of Judicial Officer

3/8/12
Date